JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Marsha Loya, | ) | Case No. CV 15-04775-ODW(AGRx) |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| Wal-Mart Stores, Inc. et al., | ) | |
| Defendants. | ) | |

THE COURT received the joint stipulation to dismiss the case pursuant to Rule 41(a)(1)(ii) [23] and orders the entire action be dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 30, 2016

OTIS D. WRIGHT, II
United States District Judge